IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROOKS M. WITZKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 17-1295-CFC |
| BETTINA CECILE FERGUSON, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 11th day of January, 2019 consistent with the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Vacate Entry of Default and Motion to Dismiss (D.I. 14) is **GRANTED**. Defendant is immune from suit. Amendment is futile.

2. Plaintiff's Motions to Strike (D.I. 21, 24) are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

_____
UNITED STATES DISTRICT JUDGE